Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Division

|  |  |
|---|---|
| Teresa Ann Harris | Case: 1:21−cv−02811  JURY DEMAND |
| _____ | Assigned To : Kelly, Timothy J. |
| *Plaintiff(s)* | Assign. Date : 10/22/2021 |
| *(Write the full name of each plaintiff who is filing this complaint.* | Description: Employment Discrim. (H−DECK) |
| *If the names of all the plaintiffs cannot fit in the space above,* | |
| *please write "see attached" in the space and attach an additional* | Jury Trial: *(check one)*  ☒ Yes  ☐ No |
| *page with the full list of names.)* | |
| **-v-** | |
| | |
| Alejandro N. Mayorkas, Secretary | |
| _____ | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued.  If the* | |
| *names of all the defendants cannot fit in the space above, please* | |
| *write "see attached" in the space and attach an additional page* | |
| *with the full list of names.)* | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I.     The Parties to This Complaint**

   **A.     The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Teresa Ann Harris |
| Street Address | 15900 Tanyard Rd |
| City and County | Upper Marlboro, Prince George |
| State and Zip Code | Maryland, 20772 |
| Telephone Number | (301) 974-7642 |
| E-mail Address | teresa.harris2@yahoo.com |

RECEIVED

OCT 22 2021

Clerk, U.S. District and
Bankruptcy Courts

   **B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | Letitia Yates, for Alejandro N. Mayorkas |
| Job or Title *(if known)* | Secretary of Department of Homeland Security |
| Street Address | 2707 Martin Luther King Jr Ave SE, MS 0192 |
| City and County | Washington |
| State and Zip Code | District of Columbia 20528-0192 |
| Telephone Number | (202) 447-4670 |
| E-mail Address *(if known)* | letitia.yates@hq.dhs.gov |

Defendant No. 2

| | |
|---|---|
| Name | Michelle Perry for Alejandro N. Mayorkas, |
| Job or Title *(if known)* | Secretary of Department of Homeland Security |
| Street Address | 2707 Martin Luther King Jr Ave SE |
| City and County | Washington |
| State and Zip Code | District of Columbia 20528-0192 |
| Telephone Number | (202) 875-0989 |
| E-mail Address *(if known)* | Michelle.perry@hq.dhs.gov |

Defendant No. 3

| | |
|---|---|
| Name | Kaitlin Bigger for Alejandro N. Mayorkas |
| Job or Title *(if known)* | Secretary of Department of Homeland Security |
| Street Address | 2707 Martin Luther King Jr Ave SE |
| City and County | Washington |
| State and Zip Code | District of Columbia 20528-0192 |
| Telephone Number | (202) 684-5444 |
| E-mail Address *(if known)* | Kaitlin.bigger@hq.dhs.gov |

Defendant No. 4

| | |
|---|---|
| Name | Stephanie Sawyer for Alejandro N. Mayorkas |
| Job or Title *(if known)* | Secretary of Department of Homeland Security |
| Street Address | 2707 Martin Luther King Jr Ave SE |
| City and County | Washington |
| State and Zip Code | District of Columbia 20528-0192 |
| Telephone Number | unknown |
| E-mail Address *(if known)* | Stephanie.sawyer@hq.dhs.gov |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C.   Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Office of Biometric Identity Management |
| Street Address | 1616 N Fort Myer Drive |
| City and County | Rosslyn, Arlington |
| State and Zip Code | Virginia 22209 |
| Telephone Number | (202) 298-5053 |

## II.   Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐   Other federal law *(specify the federal law)*:

☐   Relevant state law *(specify, if known)*:

☐   Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐    Failure to hire me.

☐    Termination of my employment.

☐    Failure to promote me.

☐    Failure to accommodate my disability.

☐    Unequal terms and conditions of my employment.

☐    Retaliation.

☒    Other acts *(specify)*:    See attached Complaint

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.     It is my best recollection that the alleged discriminatory acts occurred on date(s)

Oct. 4, 2014 and Jul. 31, 2019

C.     I believe that defendant(s) *(check one)*:

☐    is/are still committing these acts against me.

☒    is/are not still committing these acts against me.

D.     Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☒    race              unfair treatment

☐    color

☒    gender/sex        preferential treatment of males

☐    religion

☐    national origin

☐    age *(year of birth)*                    *(only when asserting a claim of age discrimination.)*

☐    disability or perceived disability *(specify disability)*

E.     The facts of my case are as follows. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

See attached Complaint Statement

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

11 April 2018

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☒    issued a Notice of Right to Sue letter, which I received on *(date)*    7/27/2021    .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.
☐    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

See page 8-9 of complaint Statement attached

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      10/22/2021

Signature of Plaintiff      _Pro Se: Teresa A. Harris_

Printed Name of Plaintiff      Teresa Ann Harris

### B.   For Attorneys

Date of signing:      _____

Signature of Attorney      _____

Printed Name of Attorney      _____

Bar Number      _____

Name of Law Firm      _____

Street Address      _____

State and Zip Code      _____

Telephone Number      _____

E-mail Address      _____

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DIXTRICT OF COLUMBIA

Teresa Ann Harris,
15900 Tanyard Rd.,
Upper Marlboro, MD 20772
(301) 974-7642
Plaintiff(s)

VS.                                        CIVIL ACTION NO.:

Alejandro N. Mayorkas, Secretary
Department of Homeland Security
Headquarters EEO Office, MS 0192
2707 Martin Luther King Jr. Ave., SE,
Washington, DC 20001
Defendant(s)

## COMPLAINT

## THE FACTS

1. This case is being filed as an Appeal to the EEOC Case No. 570-2019-00684X, Agency no.

HS-HQ-01524-2018, Harris vs. DHS, on the basis of racial/gender discrimination, Stereotyping,

slander, defamation of character, discouraging an employee from applying for a higher position,

harassment, violations of DHS policies and U.S. Title 5 Laws, and hostile work environment.

## 1A. RACIAL/GENDER DISCRIMINATION, STEREOTYPING, SLANDER,

## DEFAMATION OF CHARACTER, HARASSMENT, AND HOSTILE WORK

## ENVIRONMENT

Kenneth Gantt, Deputy Director of OBIM

**RECEIVED**

OCT 2 2 2021

Clerk, U.S. District and
Bankruptcy Courts

Page **1** of **10**

Judge's Initials _____

- Allowed Beth Baden (Caucasian female) to do her job as Budget Chief but refused to allow me to do my job as Budget Manager. (See Page 21, #1, CR-Harris+T+HQ-HS-1524-2018)

- I was unable to perform the duties of my performance work plan (PWP) because the duties coincided with the memo that DD Gantt rejected after Beth told him she didn't think I had the experience and because I didn't have the required access to FFMS to perform the duties of my PWP but Wade Wendel, George Figliozzi, Aaron Lewis, Julie Kostro and Michelle Purman all Caucasian were able to perform their budget duties and had the required level of access to the Financial Management system (FFMS). (See Page 21, #2, CR-Harris+T+HQ-HS-1524-2018)

- Told me not to apply for the Budget Chief position because I did not have the Program Financial Management Level III Certification that is a requirement for the position because I would not be hired; although, I had Level I and was working on the other levels but hired Anne Forster (Caucasian female) a few months later who did not have the PFM Level III Certification. (See Page 21, #3, CR-Harris+T+HQ-HS-1524-2018)

David Grauel, Program Manager for HART

- I provided PM Grauel the Earned Value Management (EVM) manual after explaining to him that the HART project required EVM requirements be added to the contract but he refused to accept the information from me; however, when Pam Devine (Caucasian female) told him that EVM was required, he added it to

Judge's Initials _____

the contract without question. (See Page 22, #4, CR-Harris+T+HQ-HS-1524-2018)

- A substantial portion of my PWP had to be removed throughout the year in 2016 because I was unable to perform the duties assigned due to lack of "certifier/originator" access to FFMS; however, George, Julie, and Wade; even, Earl Walters who is a contractor (all Caucasian employees) had access to FFMS and didn't have to remove a large portion of their duties from their PWP. (See Page 22-23, #5, CR-Harris+T+HQ-HS-1524-2018)

- Dave allowed Anne Forster to give the formulation duties listed in my PWP to Raul Montilla (non-African American Male). For other gender based discrimination examples, see (See Page 23, #7-13, CR-Harris+T+HQ-HS-1524-2018)

- Dave did not nominate me for the secondary billet for the DHS critical Acquisition Function, which requires the individual to have Level III of the specified acquisition function such as PFM or COR Level III certifications. At the time I had level I and had completed Level II & III courses but Dave did not object to Raul Montilla being nominated when he was asked even though Raul did not have level I at the time. (See Page 23, #13, CR-Harris+T+HQ-HS-1524-2018) Dave also refused several times to sign-off on the completed PFM level II & III Certifications I submitted in the training system. (See Page 26, #2, CR-Harris+T+HQ-HS-1524-2018)

- Dave changed my work schedule due to a missed meeting that was no longer showing on my calendar but he himself and other Caucasian females and males in

Judge's Initials _____

the Program Management Cell (PMC), are late to meetings often and work that Dave stated he knew was happening but he did not take any disciplinary action against the other members of the PMC, except Valencia Parker (African-American female) like myself. We were the only two members of the PMC who were required to send an email to both Dave and Cecilia Grillo of our arrival times. There were eight subordinates to Dave and Cecilia combined and only two African Americans, me and Valencia. I was also the only budget personnel in the PMC. (See Page 26, #1 & #2, CR-Harris+T+HQ-HS-1524-2018)

Anne Forster, Budget Branch Chief

- I was asked to complete three assignments by Anne Forster, who then asked me to stand down when Dan McGreal from CISA asked for more information about the HART support contracts funding expenditure. Anne told me I was not allowed to speak with anyone outside of OBIM about fiscal matters but she was the one who gave me the assignment. She did not tell Wade or Raul that they could not speak to anyone outside of OBIM. (See Page 25, #3, CR-Harris+T+HQ-HS-1524-2018)

- Anne told several of my co-workers that I was making up numbers and putting them in the budget because she could not figure out how I came up with the non-DHS Hosting amount. She asked me how I came up with the amount and as I started to explain she cut me off and say I was a budget analyst and not a cost estimator that I could not just make up numbers and put them in the budget. Anne also stated that she had to validate the work I did on the APHA report; even though my version of the report CISA said was correct after they had received several iterations from Wade and Raul, which they rejected several times. (See

Judge's Initials _____

Page 25, #2 & #5, CR-Harris+T+HQ-HS-1524-2018, also page 27-28, #4, 1-10) The statements she made caused my peers and other leaders including my supervisor Dave Grauel to think that my calculations and work products were incorrect, when the calculations and work products were actually correct. To my peers it made me look like a bad employee, someone they needed to stay away from and not take advise from. It did not help that my supervisor took my budget duties away and gave them all to Raul Montilla. I was ostracized from the PMC group and the budget group, which were the people I was to work with every day, which made it a hostile work environment for me.

There are more examples in the 81-page Chronology document that is attached.

## 1B. DISCOURAGING AN EMPLOYEE FROM APPLYING FOR A HIGHER POSITION, VIOLATONS OF DHS DIRECTIVES AND U.S. TITLE 5 LAWS

- 5 U.S Code § 2302 – Prohibited Personnel Practices violations: discouraging an employee from applying for a position, which is what Deputy Director Gantt did to me. (5 U.S Code § 2302(b)(1A) and (b)(4) *"deceive or willfully obstruct any person with respect to such person's right to compete for employment;"* (b)(5) *"influence any person to withdraw from competition for any position for the purpose of improving or injuring the prospects of any other person for employment;"* and (b)(6) *"grant any preference or advantage not authorized by law, rule, or regulation to any employee or applicant for employment (including defining the scope or manner of competition or the requirements for any position) for the purpose of improving or injuring the prospects of any particular person for employment"*. (See #1, third bullet above, Page 1)

Page **5** of **10**

Judge's Initials _____

I had been reassigned twice by the Office of Biometric Identity Management (OBIM). Each time, I had not been provided with an updated position description (PD) or reclassed to the position from Management and Program Analyst GS-0343 to Budget Analyst GS-0560 or Financial Analyst GS-0501; even though, both positions were significantly different from the previous position held. 1) I went from the Program Mission Integration System (PMIS) Branch to the Budget Office to work in the Budget Execution section and 2) I applied and was hired as the Budget Manager for the Homeland Advanced Recognition Technology (HART) project, which is in violation of 5 U.S Code § 2302 – Prohibited Personnel Practices (a)(2A)(iv)"…*reassignment*", and (xii)" *any other significant change in duties, responsibilities, or working conditions;*" *with respect to an employee in, or applicant for, a covered position in an agency, …*"

- The Agency not providing the updated position description (PD) and not completing the reclassification after each reassignment is also in violation of U.S.C. 5, Chapter 51: Classification and the Office of Personnel Management (OPM) Guidance as a supplement to Title 5 on reclassification of positions by a federal agency and OPM Guidance on reassignment of federal employees. The Agency also failed to follow its on DHS Personnel Management Directive regarding employee reassignment.

- The Agency did not follow its own Anti-Harassment Directive regarding putting a stop to known harassing situations from both David Gravel, Anne Forster and George Figliozzi. The DHS Anti-Harassment Policy states that if any employee is aware of any reported situation or actual know of the situation, then it is that

Page **6** of **10**

Judge's Initials _____

employees responsibility to report it to a higher authority or the Anti-Harassment Unit, if a resolution cannot be found. DD Gantt, PM Grauel, Anne Forster all knew that George Figliozzi was spreading rumors that I did not know what I was doing and was incompetent as well as told the aforementioned statement to several new employees and Anne Forster during their time at OBIM. I informed PM Grauel several times about Anne Forster's comments and treatment of me but the situation continued for months; I personally asked her to stop but it was not until I sent her an email stating that I was going to file a complaint against her that she let up for a moment and then started again. DD Gantt knew for years that I was not being treated fairly but also did nothing about it.

- David Grauel did not follow the DHS PFM Directive and sign the PFM Level II & III certifications after all qualifications were met as stated in the Directive. DD Gantt did nothing to enforce the policy when he was told of the situation.

2. The Agency's Summary Judgement focuses on Complainant's stated "poor" work performance, its stated legitimate reasons for its actions taken regarding Complainant and relies on "rumors" about the Complainant being incompetent by one of her co-worker as its basis for summary judgement in favor of the Agency. The Agency did not rebut or deny the discrimination allegations presented in the 81-page Chronology document or the root cause of the treatment of me. (See Agency Summary Judgment)

3. The Summary Judgement, Decision and Final Order and the Agency's Final Order makes no mention about Deputy Director, Kenneth Gantt's or Anne Forster's treatment of Complainant, their comments, nor addresses their discriminatory and/or harassing behavior; even though, both were named as a responsible management official (RMO) in the EEO complaint. The emphasis

Page **7** of **10**

Judge's Initials _____

is on Program Manager, David Grauel, who was also named in the complaint. (See EEOC Decision and Final Order, and the Agency's Final Order)

## CONCLUSION

I believe that neither the above information, the remainder of the 81-page Chronology document, nor the facts of the Report of Investigation were taken into consideration when the decision was made. I believe the root cause of all of this pain and suffering I endured was because of George Figliozzi and his rumor spreading, which the Deputy Director, Kenneth Gantt, Anne Forster, David Grauel and Cecilia Grillo were aware of but did nothing to stop the rumors as George continued to tell new employees to the budget office that I was incompetent and did not know what I was doing. I believe if granted the appeal, allowing my witnesses to testify under the protection of the court and allowing a jury to hear the whole truth, it will prove that I have be discriminated against both by race and gender, that several DHS Directives, the OPM Guidance and the U.S. Title 5 Laws were not followed regarding the way the Agency treated me as an employee, the Agency's failure to handle the reassignments and certifications appropriately, that I was constantly harassed and the all these actions combined created a hostile work environment for me. Therefore, when granted an appeal, I request legal counsel, a trial by jury and when I win the case, I request the following as relief:

1. The removal of all derogatory and/or disciplinary items in my temporary and permanent personnel file.

2. Request that the responsible management officials (RMOs) be reprimanded and/or suspended without pay for 10 days, or both as well as the reprimand and/or suspension placed in their personnel file according to U.S. Code 5 Chapter 75: Adverse Action.

Judge's Initials _____

3. For all elements listed in The Facts #1 above that the Agency is found guilty of, I request a monetary relief of $145,000.00 each for the four (4) plus years of pain and suffering for a total of $1.45 million dollars, if found guilty on all counts.

4. I request the Agency to pay all my court and attorney's fees past, present and future regarding this case; whatever that may equate too, in addition to #3.

Teresa Ann Harris
15900 Tanyard Rd.,
Upper Marlboro, MD 20772
(301) 974-7642Mb
teresaharris2@yahoo.com
tdcharris@icloud.com
teresa.harris@fps.dhs.gov

Judge's Initials _____

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Complaint was served by Hand

Delivery In-person, the EEOC Portal and Electronic Mail, on the 22nd day of October 2021,

upon:

US District Court for the District of Columbia
333 Constitution Ave., NW
Washington, DC 20001
Hand Delivered to Clerk of Court

U.S. Equal Employment Opportunity Commission
Office of Federal Operations
PO Box 77960
Washington, DC 20013
Facsimile: (202) 663-7022
Sent via EEOC Portal

Agency Attorneys:
Letitia Yates, Letitia.yates@hq.dhs.gov
Michelle Perry, Michelle.perry@hq.dhs.gov
Kaitlin Bigger, Kaitlin.bigger@hq.dhs.gov
Stephanie Sawyer, Stephanie.sawyer@hq.dhs.gov
For: Alejandro N. Mayorkas, Secretary
Headquarters EEO Office
Department of Homeland Security
MS 0192
2707 Martin Luther King Jr., Ave., SE
Washington, DC 20528-0192
Sent via E-mail at: hqeeo@hq.dhs.gov
crcl.eeo@hq.dhs.gov
Letitia.yates@hq.dhs.gov
Michelle.perry@hq.dhs.gov
Kaitlin.bigger@hq.dhs.gov
Stephanie.sawyer@hq.dhs.gov

**Signature:**

Judge's Initials _____